UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DAVE HAMILTON,<br><br>       Plaintiff,<br><br>   v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., and DOE 1 through DOE 10 inclusive,<br><br>       Defendants. | Case No. 2:11-CV-02001-WBS-CKD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION**<br><br>Judge:  William B. Shubb<br>Magistrate Judge:  Carolyn K. Delaney<br>Trial Date:  November 20, 2012 |

   Pending before the Court is a joint motion between Plaintiff and Defendant to dismiss the entire action, with prejudice.  Having read and considered the moving papers, and good cause appearing, the Court GRANTS the motion.

   IT IS SO ORDERED.


   Dated:       April 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE